IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEAN BALL, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 15-0433-CG-N |
| | ) | |
| THE TJX COMPANIES, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The parties having filed an Amended Joint Notice of Dismissal with Prejudice as to all claims (Doc. 40), all claims in this action are hereby **DISMISSED with prejudice** subject to the right of either party to reinstate those claims within sixty (60) days of the date of this order should the settlement agreement not be consummated.  Each party shall bear her or its own attorneys' fees, costs, and expenses.

**DONE and ORDERED** this 24th day of February, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE